IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) NO. 8:25-cr-00190-BCB-RCC |
| v. | ) |
| | ) ORDER APPOINTING |
| ALFREDO PINTO-MENDOZA, | ) RUSSELL M. AOKI |
| JUAN MANUEL GOUVEIA-AGUILERA, | ) AS COORDINATING |
| YOINBER ALFONSO MOREY-MOREY, | ) DISCOVERY ATTORNEY |
| YEREMY JOSUE TARAZONA-PAEZ, | ) |
| CRISTHIAN ALEXANDER MUNOZ PEREZ, | ) |
| DYFRED JOFIEL REYES-PALACIOS, | ) |
| EYDER BUENO FRANCIA, | ) |
| CRISTIAN MANUEL TOVAR-OLIVARES, | ) |
| SNAIDER STHIFERSON CASTRO HIDALGO, | ) |
| JOSE ANTONIO ALIENDRES GARCIA, | ) |
| YOHALEX GARCIA-VALLADARES, | ) |
| ALEXANDER JOSE MAYORA-BLANCO, | ) |
| JOHAN RODRIGUEZ-HERNANDEZ, | ) |
| IVAN JOSE ANGULO FLORES, | ) |
| JOSE DAVID ALVAREZ-JIMENEZ, | ) |
| MARIA RIOS-AREVALO, | ) |
| DARWIN DANIEL SALINAS-VICTORRA. | ) |
| JOVITO BRAKWAITTE-BLANCO, | ) |
| ANIBEL DEL VALLE RIVAS GONZALEZ, | ) |
| EDUAR JESUS PAEZ AVENDANO, | ) |
| GUSTAVO ENRIQUE SOCORRO PINO, | ) |
| DAVID RAMIRO FALLO-SANTONICOLA, | ) |
| JOEL ALEJANDRO MORANTES LEAL, | ) |

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 1

| | |
|---|---|
| 1  ENDIS DANIEL GONZALEZ ORTEGA, | ) |
| 2  and | ) |
|    YENDRY ALEXANDRA ACOSTA | ) |
| 3  GARCIA, | ) |
| 4 | ) |
|              Defendants. | ) |
| 5 | ) |

THIS MATTER came before the Court on the 11th day of December, 2025, upon the Motion of Desirae M. Solomon, Attorney at Law for the appointment of a Coordinating Discovery Attorney. Sean Lynch, the Assistant United States Attorney appeared for the Government, and did not have an objection to the Motion.

It is hereby **ORDERED** that Russell M. Aoki of Aoki Law PLLC is appointed as Coordinating Discovery Attorney for court-appointed defense counsel.

The Coordinating Discovery Attorney shall oversee discovery issues common to the court-appointed defendants. His responsibilities will include:

- Managing and, unless otherwise agreed upon with the Government, distributing discovery produced by the Government and relevant third-party information common to defendants;

- Assessing the amount and type of case data to determine what types of technology should be evaluated and used so duplicative costs are avoided and the most efficient and cost-effective methods are identified;

- Acting as a liaison with federal prosecutors to ensure the timely and effective exchange of discovery, resolve form of production issues, and coordinate solutions for any technical problems accessing discovery;

- Assessing the common needs of defense counsel and identifying any additional vendor support that may be required such as digital forensic services, data processing, data hosting, format conversions, and other technology depending on the nature of the case; and

- Providing technological tools and training and support services to the defense teams to ensure efficiency locating relevant data within the discovery.

When executing these responsibilities, the Coordinating Discovery Attorney shall assess and recommend to defense counsel effective and cost-efficient ways to review the discovery.

The Coordinating Discovery Attorney's duties do not include providing representation services and will not be establishing an attorney-client relationship with any defendant. The Coordinating Discovery Attorney's role is to manage discovery and not analyze the content for each defense counsel.

Discovery intended for the counsel of a specific defendant and not to be shared with the other defense counsel shall be produced by the Government directly to the defense counsel for that defendant. Discovery requests specific to one defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney.

For any discovery common to all defendants already produced by the Government before this Order, the Government shall provide a copy to the Coordinating Discovery Attorney within 14 days. Any additional discovery not already produced shall be provided directly to the Coordinating Discovery Attorney, who shall duplicate and distribute the discovery to defense counsel unless the Government elects to produce discovery directly to defense counsel with a simultaneous copy to the Coordinating Discovery Attorney. The Government shall

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 3

work with the Coordinating Discovery Attorney to provide discovery in a timely manner. If the Government produces discovery within 30 days of trial, it shall provide copies directly to defense counsel with a copy to the Coordinating Discovery Attorney.

Retained counsel may obtain a copy of the discovery from the Coordinating Discovery Attorney by first providing a blank storage device such as a hard drive or flash drive of sufficient capacity. If a defense e-discovery review database is established, it should be done with a vendor that allows access to retained counsel who agrees to pay a portion of the costs in an amount determined by the vendor. Because Defender Services' Coordinating Discovery Attorney program is to support and meet the needs of court-appointed counsel, retained counsel cannot guide or otherwise instruct the Coordinating Discovery Attorney on ways they prefer to review discovery.

The Coordinating Discovery Attorney shall petition this Court, *ex parte*, for funds for outside services and shall monitor all vendor invoices for these services, including confirming the work previously agreed to be performed. However, the CDA's time and the time spent by his staff will be paid by the Administrative Office of the U.S. Courts, Defender Services Office. All petitions for outside services shall include a basis for the requested funds and a determination that the service cost is reasonable.

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 4

The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work, anticipated services that would require Court funding, and whether funds authorized by the Court for outside services are within budget. A copy of the report shall be provided to defense counsel.

DATED this 18th day of December 2025.

_____
The Honorable Magistrate Ryan Carson
United States Magistrate Judge

PREPARED & SUBMITTED BY:
DESIRAE M. SOLOMON, #22719
Attorney at Law
13215 Birch Drive, Suite 103
Omaha, NE 68164
(402)578-4260
desirae@desiraesolomonlaw.com
Attorney for Yendry Alexandra Acosta-Garcia

APPROVED AS TO FORM & CONTENT:

_Adam Sipple_
_____
Adam J. Sipple, #  20557
Sipple Law Firm
12020 Shamrock Plaza #200
Omaha, NE
(402) 778-5055
adam@sipple.law
Attorney for Jose Antonio Aliendres Garcia

APPROVED AS TO FORM & CONTENT:

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 5

1

2

*Julie Frank*

3  Julie A. Frank, #  15945
4  Frank Law Firm
   1905 Harney Street, Suite 600
5  Omaha, NE 68102
6  (402) 346- 2215
7  Jfrank1@cox.net
   Attorney for Jose David Alvarez-Jimenez
8

9  APPROVED AS TO FORM & CONTENT:

10

11  *Denise Frost*

12  Denise E. Frost, #  18794
    Johnson Mock Law Firm
13  9900 Nicholas Street, Suite 225
14  Omaha, NE 68114
    (402)346-8856
15  dfronst@johnsonandmock.com
16  Attorney for Ivan Hose Angulo Flores

17  APPROVED AS TO FORM & CONTENT:

18

19  *Tregg Lunn*
20  Tregg Lunn (Dec 17, 2025 14:50:37 CST)

21  Tregg Lunn, #  22999
    Law Office of Tregg Lunn
22  701 P Street, Suite 304
23  Lincoln, NE 68508
    (402)730-7021
24  tregg@tregglunnlaw.com
25  Attorney for Jovito Brakwaitte-Blanco

26  APPROVED AS TO FORM & CONTENT:

27

28

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 6

1
2  *Oluseyi Olowolafe*
3  Oluseyi Oladipo Olowolafe, #
   OLOWOLAFE LAW FIRM
4  1227 Golden Gate Drive
5  Papillion, NE 68046
   (402) 995-9554
6  Seyi.olowolafe@ololawfirm.com
7  Attorney for Snaider Sthiferson Castro Hidalgo

8  APPROVED AS TO FORM & CONTENT:

9  *James R. Kozel*
10 James Kozel, 15978
11 1237 Skylark Drive
   Omaha, NE 68144
12 (402)758-1808
13 Jkozel.law@gmail.com
14 Attorney for David Ramiro Fallo-Santonicola

15 APPROVED AS TO FORM & CONTENT:

16
17 *A. Michael Bianchi*
18 A.Michael Bianchi, # 19009
19 Bianchi Law Firm
   2712 South 87th Avenue
20 Omaha, NE 68124
21 (402) 346-6700
   mike@biancidefends.com
22 Attorney for Yohalex Garcia-Valladares

23 APPROVED AS TO FORM & CONTENT:
24
25 *Sean Conway*
26 Sean Conway # 23490
27 Chandler Conway, PC, LLO
28

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 7

```
1  1018 Dodge Street, Suite 5
2  Omaha, NE 68102
   (402) 933-6858
3  sean@chandlerconway.com
4  Attorney for Endis Daniel Gonzalez Ortega
   APPROVED AS TO FORM & CONTENT:
5
6
      [signature]
7  _____
   Richard McWilliams, # 22455
8  Federal Public Defenders Office
9   for the District of Nebraska
   222 S. 15th Street, Suite 300N
10 One Central Park Plaza
11 Omaha, NE 68102
   (402) 221-7896
12 Rich_mcwilliams@fd.org
13 Attorney for Juan Manuel Gouveia-Aguilera
14
   APPROVED AS TO FORM & CONTENT:
15
16
      [signature]
17 _____
   James E. Reisinger, # 19990
18 Reisinger Booth Law Firm
   7602 Pacific Street, Suite 222
19 Omaha, NE 68114
20 (402) 451-4488
   james@reisingerbooth.com
21 Attorney for Joel Alejandro Morantes Leal
22
23 APPROVED AS TO FORM & CONTENT:
24
      [signature]
25 _____
   Jerrod P. Jaeger, # 22907
26 Jaeger Law Office, PC LLO
27 649 West Military Avenue
28
```

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 8

Fremont, NE 68025
(402) 304-7962
Jaegerlawoffice@gmail.com
Alexander Jose Mayora-Blanco

APPROVED AS TO FORM & CONTENT:

*John J. Ekeh*

John Ekeh, #  20599
1412 Harney Street
Omaha, NE 68102
(402) 345-7562
j.ekeh@ekehlawoffice.com
Attorney for Yoinber Alfonso Morey-Morey

APPROVED AS TO FORM & CONTENT:

Damilola J. Oluyole #
Yole Law Firm
7930 Blondo Street, Suite 100
Omaha, NE 68134
(402) 880-9456
dammy@yolelaw.com
Attorney for Cristhian Alexander Munoz Perez

APPROVED AS TO FORM & CONTENT:

Chidedu Igbokwe, #
Banwo Igbokwe Law Firm
3568 Dodge Street, Suite 100
Omaha, NE 68131
(402) 345-5759

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 9

8:25-cr-00190-BCB-RCC   Doc # 310   Filed: 12/18/25   Page 10 of 11 - Page ID # 1368

1  nedu@bi-law.com
2  Attorney for Eduar Jesus Paez Avendano

3  APPROVED AS TO FORM & CONTENT:

4

5  *(signature)*

6  Jerry Hug, # 21015
7  HUG & JACOBS LAW FIRM
   209 S. 19th Street, Suite 340
8  Omaha, NE 68102
9  (402) 614-6160
   Jerry@hugandjacobs.com
10 Attorney for Alfredo Pinto-Mendoza

11
   APPROVED AS TO FORM & CONTENT:
12

13

14 *(signature: Mark W. Bubak [Dec 17, 2025 08:44:09 CST])*

15 Mark W. Bubak, # 17262
   Bubak Law Firm
16 1216 North 101st Circle
17 Omaha, NE 68114
18 (402) 934-9250
   Markb294@cox.net
19 Attorney for Anibel Del Valle Rivas Gonzalez

20
   APPROVED AS TO FORM & CONTENT:
21

22

23  Andrew J. Wilson

   Andrew Wilson, # 19621
24 Wilson Puk Law Firm
25 11422 Miracle Hills Drive, Suite 510
   Omaha, NE 68154
26 (402) 218- 122,
27 awilson@wilsonpuk.com

28

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 10

1  Attorney for Darwin Daniel Salinas-Victorra

2  APPROVED AS TO FORM & CONTENT:

3

4  *Michael Decker*

5  Michael J. Decker, #18302
6  Decker Law Offices
7  1299 Farnam Street, Suite 300
   Omaha, NE 68102
8  (402) 345-7200
9  mike@deckerlawoffices.com
   Attorney for Cristian Manuel Tovar-Olivares
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28